## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Blong Xiong,                                                            Civil No. 07-4197 (DWF/SRN)

              Petitioner,

v.                                                                                              **ORDER**

State of Minnesota,

              Respondent.

---

Blong Xiong, *Pro Se*, Petitioner.

Mark Lystig, Assistant Ramsey County Attorney, Ramsey County Attorney's Office; and Peter R. Marker, Assistant Attorney General, and Kimberly R. Parker, Assistant Attorney General, Minnesota Attorney General's Office, counsel for Respondent.

---

The above-entitled matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson. No objections were filed to that Report and Recommendation in the time period permitted. Accordingly, based on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

    1.     The Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1) is **DENIED**; and

    2.      Petitioner Blong Xiong's Motion for an Extension of Time to File Reply (Doc. No. 9) is **GRANTED**.

Dated:  July 21, 2008          <u>s/Donovan W. Frank</u>
                                     DONOVAN W. FRANK
                                     Judge of United States District Court